**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DAMAKA, INC., | § | Case No. 2:25-cv-00593-RWS |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| CISCO SYSTEMS, INC., | § | |
| Defendant. | § | |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to Patent Rule 4-3 and the Court's Docket Control Order of December 5, 2025 (Dkt. 41), Plaintiff Damaka, Inc. ("Plaintiff" or "Damaka") and Defendant Cisco Systems, Inc. ("Defendant" or "Cisco") jointly submit this Joint Claim Construction and Prehearing Statement setting forth the parties' proposed constructions for the herein identified terms, phrases, or clauses of United States Patent No. 9,027,032 (the "'032 Patent"), United States Patent No. 9,578,092 (the "'092 Patent"), United States Patent No. 9,270,744 (the "'744 Patent"), United States Patent No. 11,576,046 (the "'046 Patent"), United States Patent No. 11,930,362 (the "'362 Patent"), United States Patent No. 12,279,116 (the "'116 Patent"), and United States Patent Rule 4-2(c), the parties have met and conferred for the purposes of narrowing the issues and finalizing preparation of this Joint Claim Construction and Prehearing Statement.

## I. Agreed Constructions (P.R. 4-3(a)(1))

There are no claim terms, phrases, or clauses on which the parties agree.

## II. Disputed Claim Terms, Phrases, or Clauses (P.R. 4-3(a)(2))

Damaka's proposed constructions of each disputed claim term, phrase, or clause of the Asserted Patent and identification of intrinsic and extrinsic evidence that supports its constructions

is attached as **Exhibit 1**. Cisco's proposed constructions of each disputed claim term, phrase, or clause of the Asserted Patents and identification of intrinsic and extrinsic evidence that supports its constructions is attached as **Exhibit 2**. Each party reserves the right to cite intrinsic and/or extrinsic evidence cited by the other party.

## III. Claim Construction Briefing and Hearing (P.R. 4-3(a)(3), P.R. 4-3(a)(4))

### A. Length of Time for the Hearing

The parties anticipate that the Claim Construction Hearing will run about 3 hours in length, with time split equally between the sides.

### B. Witnesses

At present, the parties do not anticipate calling any witnesses for live testimony at the Claim Construction Hearing.

## IV. P.R. 4-3(a)(5) Other Issues to be Addressed at the Claim Construction Hearing

The parties are not presently aware of any issues which might be taken up at a prehearing conference prior to the Claim Construction Hearing.

## V. P.R. 4-3(b) Service of Expert Testimony

In accordance with Patent Rule 4-3(b), each party will, simultaneously with this filing, serve a disclosure of expert testimony consistent with Fed. R. Civ. P. 26(a)(2)(B)(i)-(ii) or 26(a)(2)(C) for any expert on which it intends to rely to support its proposed claim construction or indefiniteness position or to oppose any other party's proposed claim construction or indefiniteness position.[1]

Dated: August 4, 2026

Respectfully submitted,

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392

[1] The parties are jointly moving to extend this deadline to August 21, 2026

Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
Jacob Ostling
NY Bar No. 5684824
Email: jostling@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF DAMAKA, INC***

*/s/ Nicholas R. Fung (with permission)*

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
Brian C. Nash
Texas State Bar No. 24051103

**MORRISON & FOERSTER LLP**
300 Colorado Street
Austin, TX 78701
Telephone: (512) 617-0654
Facsimile: (737) 910-0730
bnash@mofo.com
Bita Rahebi
CA State Bar 209351
Nicholas R. Fung (pro hac vice)
Nima Kiaei (pro hac vice)

**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard

Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (312) 892-5454
brahebi@mofo.com
nfung@mofo.com
nkiaei@mofo.com

***ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC.***