# EXHIBIT 1

**Exhibit 1- Damaka's Proposed Constructions and Evidence for Disputed Terms**

| No. | Claim Term(s), Phrase(s), or Clause(s) | Damaka's Preliminary Construction | Patent/Claim(s) of U.S. Patent Nos. | Damaka's Evidence |
|---|---|---|---|---|
| **1.** | "superblock application" | "software stored in a given memory which supports an application configured to access audio/visual call functionality of a function block" | '032 Patent; Claims 15-20<br><br>'092 Patent; Claims 1-5, 7-8, 10, 12-19, 22-25 and 27<br><br>'744 Patent; Claims 20-27<br><br>'046 Patent; Claims 1-4, 7-15, 17, and 19-20<br><br>'362 Patent; Claims 1-3, 5-10, 14-16, 18-25, 27-28 and 75<br><br>'116 Patent; Claims 1, 9-13, 16-24, 26-29, 37-40, 43-51 and 53-54 | **Intrinsic Evidence**<br><br>'032 Patent: FIGs. 1-6A and 7-10 and corresponding portions of the specification, including, e.g. Abstract, 2:13-24, 2:55-67, 3:1-46, 3:53-4:4, 5:10-6:9<br><br>'092 Patent: FIGs. 1-6A and 7-10 and corresponding portions of the specification, including, e.g. Abstract, 2:42-3:19, 3:19-61, 4:19-37, 5:37-60<br><br>'046 Patent: FIGs. 1-6A and 7-10 and corresponding portions of the specification, including, e.g. Abstract, 2:66-3:42, 3:43-4:6, 4:43-5:17<br><br>'744 Patent: FIGs. 1-6A and 7-10 and corresponding portions of the specification, including, e.g. Abstract, 2:24-3:14, 4:16-5:13, 5:13-6:29<br><br>'362 Patent: FIGs. 1-6A and 7-10 and corresponding portions of the specification, including, e.g. Abstract, 2:58-3:34, 4:9-5:8, 5:9-53 |

**Exhibit 1- Damaka's Proposed Constructions and Evidence for Disputed Terms**

| | | | | |
|---|---|---|---|---|
| | | | | '116 Patent: FIGs. 1-6A and 7-10 and corresponding portions of the specification, including, e.g. Abstract, 2:58-3:50, 3:51-4:28 3:19-61, 4:35-5:8<br><br>**<u>Extrinsic Evidence</u>**<br>Testimony of Rahul Vijh |
| **2.** | "function block" | "software stored in a given memory which supports audio/visual call functionality" | '032 Patent; Claims 15-20<br><br>'092 Patent; Claims 1-5, 7-8, 10, 12-19, 22-25 and 27<br><br>'744 Patent; Claims 20-27<br><br>'046 Patent; Claims 1-4, 7-15, 17, and 19-20<br><br>'362 Patent; Claims 1-3, 5-10, 14-16, 18-25, 27-28 and 75<br><br>'116 Patent; Claims 1, 9-13, 16-24, 26- | **<u>Intrinsic Evidence</u>**<br><br>'032 Patent: FIGs. 2A-10 and 12 and corresponding portions of the specification, including, e.g. Abstract, 3:47-4:46, 5:26-6:24, 7:47-68, 8:47-60<br><br>'092 Patent: FIGs. 2A-10 and 12 and corresponding portions of the specification, including, e.g. Abstract, 4:13-5:60, 5:61-6:19, 7:44-8:39<br><br>'046 Patent: FIGs. 2A-10 and 12 and corresponding portions of the specification, including, e.g. Abstract, 4:37-6:28, 6:29-53, 9:15-38, 9:39-10:27.<br><br>'744 Patent: FIGs. 2A-10 and 12 and corresponding portions of the specification, including, e.g. Abstract, 3:58-6:3, 6:4-6:29, 9:30-10:62 |

**Exhibit 1- Damaka's Proposed Constructions and Evidence for Disputed Terms**

| | | | | |
|---|---|---|---|---|
| | | | 29, 37-40, 43-51 and 53-54 | '362 Patent: FIGs. 2A-10 and 12 and corresponding portions of the specification, including, e.g. Abstract, 4:29-6:23, 9:31-10:12,<br><br>'116 Patent: FIGs. 2A-10 and 12 and corresponding portions of the specification, including, e.g. Abstract, 4:29-5:8, 6:1-49, 9:31-62.<br><br>**Extrinsic Evidence**<br>Testimony of Rahul Vijh |
| **3.** | "resource" / "resource that is external to the mobile device" / "resource that is external to the data processing system" / "resource that is external to the computing entity" / "external resource" / "remote resource" | Plain and ordinary meaning. | '032 Patent; Claims 15-20<br><br>'092 Patent; Claims 1-5, 7-8, 10, 12-19, 22-25 and 27<br><br>'046 Patent; Claims 1-4, 7-15, 17, and 19-20<br><br>'362 Patent; Claims 1-3, 5-10, 14-16, 18-25, 27-28 and 75 | **Intrinsic Evidence**<br><br>'032 Patent: 2:34-54, 4:55-5:2, 5:3-5:9, 17:24-30, 17:31-37, 17:45-53.<br><br>'092 Patent: 2:55-65, 2:66-3:18, 5:22-36, 5:37-44, 16:57-17:3, 17:11-19.<br><br>'046 Patent: 3:12-42, 5:46-6:12, 18:45-58, 18:66-19:7.<br><br>'362 Patent: 3:4-34, 5:38-53.<br><br>**Extrinsic Evidence**<br>Testimony of Rahul Vijh |

**Exhibit 1- Damaka's Proposed Constructions and Evidence for Disputed Terms**

| | | | | |
|---|---|---|---|---|
| **4.** | "creating for storage on a server" | Plain and ordinary meaning. | '362 Patent; Claims 1-3, 5-10, 14-16, 18-25, 27-28 and 75 | **<u>Intrinsic Evidence</u>**<br><br>FIGs. 1-2A, 5:20-38, 6:8-23, 12:18-31, 14:14-31, 15:47-54, 17:1-19, 17:44-57.<br><br>**<u>Extrinsic Evidence</u>**<br>Testimony of Rahul Vijh |