# EXHIBIT 2

**EXHIBIT 2 – CISCO'S PROPOSED CONSTRUCTIONS AND EVIDENCE**

| Disputed Claim Term(s) | Cisco's Proposed Construction | Cisco's Identification of Evidence in Support |
|---|---|---|
| "function block"<br>(All asserted claims)<br><br>(Proposed by Damaka) | No construction necessary | Intrinsic:<br><br>*See, e.g.*, '032 patent, Abstract, 3:46-4:4, 4:5-26, 4:27-36, 4:37-42, 4:43-5:9, 5:10-25, 5:26-6:27, 6:29-7:45, 7:60-67, 8:47-9:20, 9:21-54, 9:55-10:20, 10:33-35, 10:43-48, 10:53-11:67, 12:1-63, 12:64-13:3, 13:16-32, 13:59-14:7, 14:8-23, 14:24-52, 14:53-15:26, 16:6-14, 16:52-67, 17:1-67, Table 1, Figs. 2A, 3A, 3C, 6A, 12, claims 9, 13, 15, 16, 17, 18, 19, 20.<br><br>Cisco's citations to the '032 patent specification are intended to include the corresponding disclosures of the specifications of the '092 patent, '744 patent, '046 patent, '362 patent, and '116 patent. Cisco has used the column and line numbers from the '032 patent for ease of reference.<br><br>'092 patent, claims 1, 2, 3, 4, 5, 7, 8, 10, 12, 14, 15, 16, 18, 19, 22, 24, 25, 27.<br><br>'744 patent, claims 20, 21, 22, 23, 24, 25, 26, 27.<br><br>'046 patent, claims 1, 2, 4, 7, 8, 9, 10, 11, 15, 17, 19.<br><br>'362 patent, claims 1, 2, 3, 16, 75.<br><br>'116 patent, claims 1, 9, 10, 11, 16, 28, 29, 37, 38, 43. |
| "superblock application"<br>(All asserted claims)<br><br>(Proposed by Damaka) | No construction necessary | Intrinsic:<br><br>*See, e.g.*, '032 patent, Abstract, 2:13-24, 2:55-3:3, 3:5-29, 3:30-39, 3:40-46, 3:47-52, 3:53-4:4, 4:5-26, 4:55-5:2, 5:10-25, 5:26-6:9, 6:10-24, |

| | | |
|---|---|---|
| | | 7:47-59, 8:47-9:20, 9:21-54, 9:65-10:7, 10:8-16, 10:17-29, 10:30-42, 11:36-67, 12:1-25, 12:39-63, 12:64-13:15, 13:59-14:23, 14:53-15:26, 15:27-50, Table 1, Figs. 1, 2, 3, 4, 5, 6A, 7, 9, 10, 12, claims 9, 13, 15, 18, 19, 20.<br><br>Cisco's citations to the '032 patent specification are intended to include the corresponding disclosures of the specifications of the '092 patent, '744 patent, '046 patent, '362 patent, and '116 patent. Cisco has used the column and line numbers from the '032 patent for ease of reference.<br><br>'092 patent, claims 1, 2, 3, 4, 5, 7, 10, 12, 13, 14, 17, 18, 19, 22, 23, 24, 25.<br><br>'744 patent, claims 20, 21, 22, 25, 26, 27.<br><br>'046 patent, claims 1, 2, 3, 7, 8, 9, 11, 12, 14, 15, 17, 19.<br><br>'362 patent, claims 1, 2, 3, 8, 15, 16, 20, 21, 75.<br><br>'116 patent, claims 1, 9, 10, 13, 20, 21, 28, 29, 37, 40, 47, 48. |
| "creating for storage on a server"<br>('362 patent, claim 1)<br><br>(Proposed by Cisco) | Indefinite | <u>Intrinsic</u>:<br><br>'362 patent, Abstract, 1:66-67, 2:58-3:14, 3:35-50, 4:29-34, 4:54-5:37, 6:22-24, 6:35-50, 17:1-19, 17:44-57, Figs. 1, 2A, 2B, claim 1.<br><br><u>Extrinsic</u>:<br><br>Cisco will offer expert testimony regarding this term from Dr. Kevin Almeroth, including testimony regarding:<br><br>(1) Technical background of the patents and claims; |

| | | |
|---|---|---|
| | | (2) Qualifications and knowledge of a person of ordinary skill in the art at the time of the alleged inventions; and<br>(3) That the claim term, read in light of the patent's specification, fails to inform a person of ordinary skill in the art, with reasonable certainty, of the scope of the claimed invention. |
| "resource" / "resource that is external to the mobile device" / "resource that is external to the data processing system" / "resource that is external to the computing entity" / "external resource" / "remote resource" ('046 patent, claims 11, 13, 14, 20; '032 patent, claim 15; '092 claims 1, 2, 22, 23; '362 patent, claims 1, 2)<br><br>(Proposed by Cisco) | Indefinite | Specification: '032 patent, 1:54-60, 2:31-54, 4:43-5:9, 8:61-65, 9:65-10:7, 11:17-35, 12:23-55, 12:64-13:15, 13:33-58, 14:24-52, 14:53-61, 15:17-25, 15:63-16:14, 16:15-38, 17:11-37, 17:45-67, Table 1, Figs. 6A, 6B, 6C, 8, 9, 12, claims 1, 5, 15.<br><br>'092 patent, claims 1, 2, 22, 23.<br><br>'046 patent, claims 11, 13, 14, 20.<br><br>'362 patent, claims 1, 2.<br><br>Cisco's citations to the '032 patent specification are intended to include the corresponding disclosures of the specifications of the '092 patent, '046 patent, and '362 patent. Cisco has used the column and line numbers from the '032 patent for ease of reference.<br><br>Extrinsic:<br><br>Cisco will offer expert testimony regarding this term from Dr. Kevin Almeroth, including testimony regarding:<br><br>(1) Technical background of the patents and claims;<br>(2) Qualifications and knowledge of a person of ordinary skill in the art at the time of the alleged inventions; and<br>(3) That each claim term, read in light of the applicable patent's specification, fails to inform a person of ordinary skill in the art, with reasonable certainty, of the scope of the claimed invention. |